IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br><br>LEROY OWENS,<br><br>    Debtor. | Case No. 1:15-cv-00127-RWS |
| BANK OF AMERICA, N.A.,<br><br>    Appellant,<br><br>v.<br><br>LEROY OWENS,<br><br>    Appellee. | |

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Order Granting Motion to Strip Lien, entered by the United States Bankruptcy Court for the Northern District of Georgia (Bonapfel, J.) on January 2, 2015, is hereby AFFIRMED.

SO ORDERED, this 26th day of Jan., 2015.

RICHARD W. STORY
UNITED STATES DISTRICT JUDGE

1